# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NEW YORK

_____

| | |
|---|---|
| CATHERINA LORENA CENZON-DECARLO, | Case No: |
| | CV 09-3120 (RJD-JO) |
| Plaintiff, | |
| | |
| v. | **PLAINTIFF'S NOTICE OF APPEAL** |
| | |
| THE MOUNT SINAI HOSPITAL, a New York Not-for-Profit Corporation, | |
| | |
| Defendant. | |

_____

Notice is hereby given that Plaintiff Catherina Lorena Cenzon-DeCarlo hereby appeals to the United States Court of Appeals for the Second Circuit from the Memorandum and Order (Docket No. 34) granting Defendant's Motion to Dismiss (Docket Nos. 24, 33) entered herein on January 15, 2010, and the Judgment (Docket No. 35) entered herein on January 19, 2010.

DATED:  February 11, 2010,

Respectfully submitted,

*s/ Matthew S. Bowman*
Steven H. Aden
Matthew S. Bowman
ALLIANCE DEFENSE FUND
801 G Street NW, Suite 509
Washington, DC  20001
 (202) 393-8690
saden@telladf.org
mbowman@telladf.org

Joseph A. Ruta
RUTA & SOULIOS LLP
1500 Broadway - 21st Fl.
New York, NY 10036
(212) 997-4500
jruta@rutasoulios.com

Piero A. Tozzi
53 Franklin Avenue
New Hyde Park, NY 11040
(917) 642-8429
tozzi824@aol.com

*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on February 11, 2010, the foregoing Plaintiff's Notice of Appeal was served in accordance with the Court's rules and by agreement of the parties, and that on February 11, 2010, was served with the Clerk of the Court in accordance with the Federal Rules of Civil Procedure, and/or the Eastern District's Local Rules, and/or the Eastern District's Rules on Electronic Service. Service occurred upon the following parties and participants:

>Bettina B. Plevan
>Harris M. Mufson
>Proskauer Rose, LLP
>1585 Broadway
>New York, New York 10036
>Counsel for Defendant

>*s/ Matthew S. Bowman*
>Matthew S. Bowman
>ALLIANCE DEFENSE FUND
>801 G Street NW, Suite 509
>Washington, DC 20001